IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-02710-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: March 25, 2013** | Courtroom Deputy: Cathy Pearson |

*Parties:*                                                                *Counsel:*

KAREN KINNE, *et al.*,                                     Colleen Therise Calandra

      Plaintiffs,

v.

ROCKY MOUNTAIN EMS, INC.,                      Anna Itenberg *(appearing by telephone)*

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**
**Court in session:** 1:29 p.m.
Court calls case. Appearances of counsel.

Discussion between the court and counsel for Defendant regarding Plaintiffs' Motion for Leave to Amend Complaint and Join Parties (Doc. 27, filed 2/22/13).

After discussion with counsel for Defendant, the court deems Defendant's Response to Motion for Leave to Amend Complaint and Join Parties (Doc. 39, filed 3/15/13) **withdrawn,** and the motion is now unopposed.

**ORDERED:** Plaintiffs' Motion for Leave to Amend Complaint and Join Parties (Doc. 27, filed 2/22/13) is GRANTED as stated on the record. The Clerk of the Court shall accept the First Amended Collective Action Complaint (Doc. 27-1) for filing as of this date, March 25, 2013.

HEARING CONCLUDED.

**Court in recess:** 1:43 p.m.
Total time in court: 00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.