IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  12-cv-02710-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:           January 3, 2014 | Courtroom Deputy:    Laura Galera |

*Parties:*                                                          *Counsel:*

KAREN KINNE, *et al.*,                                Karen B. O'Connor

     Plaintiffs,

v.

ROCKY MOUNTAIN EMS, INC., *et al.*,        Hollie L. Wieland

     Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       9:57 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Stipulated Motion to Amend the Scheduling Order, Request to Vacate the Current Pretrial Conference, and Request for Expedited Hearing [Doc. No. 76, filed 12/19/2013].

Court suggests counsel file a motion to vacate the currently scheduled Final Pretrial Conference and Trial Dates.

**ORDERED:**        Stipulated Motion to Amend the Scheduling Order, Request to Vacate the Current Pretrial Conference, and Request for Expedited Hearing [Doc. No. 76, filed 12/19/2013] is HELD IN ABEYANCE.

HEARING CONCLUDED.
**Court in recess:       10:01 a.m.**
Total time in court:    00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.