IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 12-cv-02710-REB-CBS          Date: August 18, 2014
Courtroom Deputy:   Ellen E, Miller          FTR – Reporter Deck-Courtroom A402

*Parties:*                                  *Counsel:*

KAREN KINNE,                                Karen B.  O'Connor
TIM DILL,
ABRAHAM BACA,

Plaintiff,

v.

ROCKY MOUNTAIN EMS, INC.,                   Hollie L. Wieland
RAYMOND GOETZE,

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:** 8:55 a.m.
Court calls case.  Appearances of counsel.

The Court raises parties' Stipulated Motion to Amend Scheduling Order to Extend Dispositive
Motion Cutoff Date for argument.  Discussion is held.  It is noted the Trial Preparation
Conference and Final Pretrial Conference are set before Judge Blackburn November 14, 2014.

**It is ORDERED:**      Parties'  STIPULATED MOTION TO AMEND SCHEDULING ORDER
TO EXTEND DISPOSITIVE MOTION CUTOFF DATE [Docket No. **85**,
filed July 29, 2014] is **DENIED** for reasons as set forth on the record.

Discussion is held regarding Plaintiffs' Motion to Withdraw and Amend Deemed Admissions .
Defendant's Response is due on or before August 27, 2014.

HEARING CONCLUDED.    **Court in recess:**  9:21 a.m.    Total time in court: 00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at
(303) 825-6119 or toll free at 1-800-962-3345.