IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE CRAIG B. SHAFFER**

**Civil Action No. 1:12-cv-02710-REB-CBS**　　　FTR – Courtroom A402
**Date:   September 16, 2014**　　　**Molly Davenport, Courtroom Deputy**

KAREN KINNE　　　　　　　　　　　　　Karen Beth O'Connor

　　　Plaintiff,

v.

ROCKY MOUNTAIN EMS INC　　　　　　Hollie Lynn Wieland

　　　Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONE MOTION HEARING**

**Court in session:**   9:59 a.m.

The Court calls case.   Appearances of counsel.

**ORDERED:**

MOTION to Withdraw *and Amend Deemed Admissions* by Plaintiff Karen Kinne [rec doc 86] is GRANTED.

**Court in recess:**   10:03 a.m.　　　(Hearing concluded)
Total time in court:   0:04

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.