**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02710-REB-CBS

KAREN KINNE,
TIM DILL, and
ABRAHAM BACA, individually and on behalf of others similarly situated,

      Plaintiffs,

v.

ROCKY MOUNTAIN EMS, INC., d/b/a ROCKY MOUNTAIN MOBILE MEDICAL,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on **Plaintiffs' Motion to Strike Defendant's Reply Arguments and/or Exhibits Attached Thereto or in the Alternative Plaintiffs' Motion to File a Sur-Reply** [#98][2] filed September 24, 2014.  After reviewing the motion and the record the court has concluded that the portion of the motion requesting to file a sur-reply should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiffs' Motion to Strike Defendant's Reply Arguments and/or Exhibits Attached Thereto or in the Alternative Plaintiffs' Motion to File a Sur-Reply** [#98] filed September 24, 2014, is **GRANTED**;

      2.  That on or before **October 10, 2014**, plaintiffs may file a sur-reply addressing only factual contentions and arguments raised for the first time in the reply [#95] of the defendants; and

      3.  That the the sur-reply shall be limited to nine (9) pages.

      Dated:  September 25, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#98]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.