**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02710-REB-CBS

KAREN KINNE,
TIM DILL, and
ABRAHAM BACA, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

ROCKY MOUNTAIN EMS, INC., d/b/a ROCKY MOUNTAIN MOBILE MEDICAL,

    Defendant.

## ORDER

**Blackburn, J.**

The following notices filed by the following opt-in plaintiffs are before the court for consideration:

- **Notice of Voluntary Dismissal of Chelsea Webb** [#100][1] filed October 8, 2014;

- **Notice of Voluntary Dismissal of Eleanor Czarnota** [#101] filed October 8, 2014;

- **Notice of Voluntary Dismissal of Tom Jones** [#102] filed October 8, 2014;

- **Notice of Voluntary Dismissal of Laimutis Grybe** [#103] filed October 8, 2014;

---

[1] "[#100]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

- **Notice of Voluntary Dismissal of Rosemary Fletcher** [#104] October 8, 2014;
- **Notice of Voluntary Dismissal of Nancy Casey** [#105] October 8, 2014; and
- **Notice of Voluntary Dismissal of Anders Lowenfish** [#106] **October 8, 2014**.

After reviewing the notices and the record, I have concluded that the notices should be approved and that the claims of opt-in plaintiffs Chelsea Webb, Eleanor Czarnota, Tom Jones, Laimutis Grybe, Rosemary Fletcher, Nancy Casey, and Anders Lowenfish should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Chelsea Webb** [#100] filed October 8, 2014, is **APPROVED**;

2. That the **Notice of Voluntary Dismissal of Eleanor Czarnota** [#101] filed October 8, 2014, is **APPROVED**;

3. That the **Notice of Voluntary Dismissal of Tom Jones** [#102] filed October 8, 2014, is **APPROVED**;

4. That the **Notice of Voluntary Dismissal of Laimutis Grybe** [#103] filed October 8, 2014, is **APPROVED**;

5. That the **Notice of Voluntary Dismissal of Rosemary Fletcher** [#104] October 8, 2014, is **APPROVED**;

6. That the **Notice of Voluntary Dismissal of Nancy Casey** [#105] October 8,

2014, is **APPROVED**;

      7.  That the **Notice of Voluntary Dismissal of Anders Lowenfish** [#106] **October 8, 2014**, is **APPROVED**;

      8.  That the claims of opt-in plaintiffs Chelsea Webb, Eleanor Czarnota, Tom Jones, Laimutis Grybe, Rosemary Fletcher, Nancy Casey, and Anders Lowenfish against defendants Rocky Mountain EMS, Inc., d/b/a Rocky Mountain Mobile Medical, and Raymond Goetze, are **DISMISSED WITHOUT PREJUDICE**; and

      9.  That opt-in plaintiffs Chelsea Webb, Eleanor Czarnota, Tom Jones, Laimutis Grybe, Rosemary Fletcher, Nancy Casey, and Anders Lowenfish are **DROPPED** as named plaintiffs in this collective action case.

Dated October 8, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge