## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  12cv-02710-REB-CBS

KAREN KINNE, TIM DILL, ABRAHAM BACA, individually and on behalf of others
similarly situated,

     Plaintiffs,

v.

ROCKY MOUNTAIN EMS, INC., d/b/a ROCKY MOUNTAIN MOBILE MEDICAL, and
RAYMOND GOETZE,

     Defendant.

---

## FINAL JUDGMENT

---

     This action was tried before a jury of nine sworn to try the issues herein with

United States District Judge Robert E. Blackburn presiding, and the jury has rendered

verdicts.  In accordance with the verdicts of the jury and the orders filed during pendency

of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is

entered.

     1. That judgment shall enter as prescribed under Federal Rules of Civil Procedure

58;

     2. That costs shall be taxed and allowed as prescribed under Fed .R. Civ.

P.54(d)(1) and the Local Rules of Practice of the United States District Court for the

District of Colorado - Civil 54.1;

     3. That any claim for attorney fees and related nontaxable expenses and costs,

other than costs under 28 U.S.C. Section 1920, shall be initiated, marshaled, and

determined under the apposite rule of law; and

4. That motions seeking post-trial relief under a specific rule of civil procedure shall be initiated, marshaled, and determined in the time and manner specified in that specific rule and the local civil rules of this court.

**THEREFORE, IT IS ORDERED** as follows:

1.  That judgment is entered for the defendants, ROCKY MOUNTAIN EMS, INC., d/b/a ROCKY MOUNTAIN MOBILE MEDICAL, and RAYMOND GOETZE, against the plaintiffs, KAREN KINNE, TIM DILL, ABRAHAM BACA, CARY AVEY, ALEJANDRO ZAMUDIO, and BEN BOYLL; and

2.  That costs shall be taxed in the time and manner prescribed by Fed .R. Civ. P.54(d)(1) and the Local Rules of Practice of the United States District Court for the District of Colorado - Civil 54.1

DATED at Denver, Colorado, this 15th day of December 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
          Kathleen Finney
          Deputy Clerk

APPROVED BY THE COURT:

Robert E. Blackburn
United States District Judge